```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**MICHAEL RHODES, and**
**ROBERT RHODES,**

        **Plaintiffs,**

v.     Civil Action no. 2:18-cv-01179

**WEST VIRGINIA DIVISION OF**
**PROTECTIVE SERVICES; GREGORY SCOTT FERNATT,**
individually and in his capacity as
a Capitol Security Officer; **ROBERT K. HERALD,**
individually and in his capacity as
a Capitol Security Officer; **SCOTT DUFF,**
individually and in his capacity as a Capitol
Security Officer; **JOHN WORKMAN**, individually
and in his capacity as a Capitol Security Officer;
**TRAVAS BENNETT**, individually and in his
capacity as a Capitol Security Officer; and
**JACK CHAMBERS**, individually and
in his capacity as Deputy Director of
the West Virginia Division of Protective
Services,

        **Defendants.**

<u>ORDER AND NOTICE</u>

       **Pursuant to L.R. Civ. P. 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:**

10/16/2018    Motions under F.R. Civ. P. 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to L.R. Civ. P. 7.1 (a)).

10/26/2018    Last day for Rule 26(f) meeting.

11/02/2018    Last day to file Report of Parties' Planning Meeting.  <u>See</u> L.R. Civ. P. 16.1.

11/09/2018    Scheduling conference at 1:30 p.m. at the Robert C. Byrd United States Courthouse in Charleston, before the undersigned, unless canceled.  Lead counsel directed to appear.

11/16/2018     Entry of scheduling order.

11/26/2018     Last day to serve F.R. Civ. P 26(a)(1) disclosures.

      The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

      DATED:  September 26, 2018

      John T. Copenhaver, Jr.
      United States District Judge