```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA

                             AT CHARLESTON

MICHAEL RHODES, and
ROBERT RHODES,

        Plaintiffs,

v.                                      Civil Action No. 2:18-cv-01179

WEST VIRGINIA DIVISION OF
PROTECTIVE SERVICES; GREGORY SCOTT FERNATT,
individually and in his capacity as
a Capitol Security Officer; ROBERT K. HERALD,
individually and in his capacity as
a Capitol Security Officer; SCOTT DUFF,
individually and in his capacity as a Capitol
Security Officer; JOHN WORKMAN, individually
and in his capacity as a Capitol Security Officer;
TRAVAS BENNETT, individually and in his
capacity as a Capitol Security Officer; and
JACK CHAMBERS, individually and
in his capacity as Deputy Director of
the West Virginia Division of Protective
Services,

        Defendants,


and

GREGORY SCOTT FERNATT,

        Counterclaimant,

v.

MICHAEL RHODES,

        Counterdefendant.
```

## ORDER

It appears that the plaintiffs have failed to respond to the defendants' joint motion to dismiss the complaint, filed October 16, 2018. It is ORDERED that the plaintiffs file their response to defendants' motion on or before May 22, 2019. The defendants are directed to file their reply by June 3, 2019.

The Clerk is directed to transmit copies of this order to all counsel of record.

ENTER: May 8, 2019

John T. Copenhaver, Jr.
Senior United States District Judge