```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**MICHAEL RHODES, and**
**ROBERT RHODES,**

       **Plaintiffs,**

v.                                              Civil Action No. 2:18-cv-01179

**WEST VIRGINIA DIVISION OF**
**PROTECTIVE SERVICES; GREGORY SCOTT FERNATT,**
**individually and in his capacity as**
**a Capitol Security Officer; ROBERT K. HERALD,**
**individually and in his capacity as**
**a Capitol Security Officer; SCOTT DUFF,**
**individually and in his capacity as a Capitol**
**Security Officer; JOHN WORKMAN, individually**
**and in his capacity as a Capitol Security Officer;**
**TRAVAS BENNETT, individually and in his**
**capacity as a Capitol Security Officer; and**
**JACK CHAMBERS, individually and**
**in his capacity as Deputy Director of**
**the West Virginia Division of Protective**
**Services,**

       **Defendants.**

## ORDER

Pending is the defendants' motion to place psychological records under seal.  The defendants included psychological records as Exhibit 1 to their motion for summary judgment (ECF No. 56).  The defendants indicated their intent to file these records under seal in support of the motion to dismiss but they failed to seal the exhibit.  The plaintiffs did not file a response to this motion.

Based on the sensitive information within the exhibit, the court finds good cause to seal the document. It is therefore **ORDERED** that the motion to place psychological records under seal be, and it hereby is, granted. The records are to be placed under seal until further order of the court.

The Clerk is directed to place Exhibit 1 of the defendants' motion for summary judgment (ECF No. 56) under seal, and to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: November 22, 2019

John T. Copenhaver, Jr.
Senior United States District Judge