**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Charleston**

**MICHAEL RHODES, and
ROBERT RHODES,**

     **Plaintiffs,**

**v.**                                  **Civil Action No. 2:18-CV-01179
Judge John T. Copenhaver, Jr.**

**WEST VIRGINIA DIVISION OF
PROTECTIVE SERVICES, et al.,**

     **Defendants.**

**NOTICE OF SETTLEMENT AND
<u>REQUEST FOR SUSPENSION OF SCHEDULING ORDER</u>**

     **COME NOW** the Defendants, the West Virginia Division of Protective Services, Gregory Scott Fernatt, Robert K. Herald, Scott Duff, John Workman, Travas Bennett, and Jack Chambers, by counsel, Christopher C. Ross, and Pullin, Fowler, Flanagan, Brown & Poe, PLLC, notify this honorable Court that the parties have reached a settlement of this civil action and are in the process of completing the settlement process. As such, the Defendants, by agreement with Plaintiffs' Counsel, request a suspension of the current Scheduling Order to permit this process to come to conclusion, at which time Plaintiffs will submit a Dismissal of their claims.

                                     THE WEST VIRGINIA DIVISION OF
PROTECTIVE SERVICES, GREGORY SCOTT
FERNATT, ROBERT K. HERALD,
SCOTT DUFF, JOHN WORKMAN,
TRAVAS BENNET, AND JACK CHAMBERS

                                     By Counsel

                                 ___/s/ Christopher C. Ross_____
Christopher C. Ross, Esq., WVSB #10415

1

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Charleston**

**MICHAEL RHODES and
ROBERT RHODES,**

       **Plaintiffs,**

**v.**                                           **Civil Action No. 2:18-cv-01179
Honorable John Copenhaver, Jr.**

**WEST VIRGINIA DIVISION OF
PROTECTIVE SERVICES, et al.,**

       **Defendants.**

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned counsel for defendants, West Virginia Division of Protective Services and its officers Gregory Scott Fernatt, Robert K. Herald, Scott Duff, John Workman, Travas Bennett, and Jack Chambers do hereby certify on this 9th day of December, 2019, that a true copy of the foregoing "*Notice of Settlement and Request for Suspension of Scheduling Order*" was served upon counsel of record via the Court's CM/ECF filing system and electronic mail per FRCP 5(b)(2)(E) as follows:

*Counsel for Plaintiffs*
Mark McMillian, Esq. (WVSB #9912)
Boulevard Tower, Ste. 900
1018 Kanawha Blvd., East
Charleston, WV 25301
Telephone: (304) 720-9099

*Counterclaimant Counsel for Defendant
Gregory Scott Fernatt*
Michael Del Guidice, Esq. (WVSB # 982)
Ciccarello, Del Guidice, & LaFon
1219 Virginia St. East, Ste. 100
Charleston, WV 25301
Telephone: (304) 343-4440

                                          _/s/ Christopher C. Ross_____
                                          Christopher C. Ross, Esq., WVSB #10415

**PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545